UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN AYALA GUTIERREZ, | ) | NO. ED CV 19-818-RGK(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JARROD BURRGUAN, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 27, 2019.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE